UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUCKER,<br><br>    Plaintiff,<br><br>    v.<br><br>ARAMARK, et al.,<br><br>    Defendants. | No. 2:16-cv-0407 AC P<br><br><br>ORDER |

By order filed April 5, 2016, plaintiff was ordered to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. ECF No. 4. Although plaintiff has provided a copy of his trust account statement, it has not been certified by prison staff. ECF No. 6. Plaintiff shall have another opportunity to submit a **certified** copy of his prison trust account statement.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall submit a **certified** copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in dismissal of this action.

DATED: May 6, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE