UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUCKER, | No. 2:16-cv-0407 AC P |
| Plaintiff, | |
| v. | ORDER |
| ARAMARK, et al., | |
| Defendants. | |

Plaintiff has twice been ordered to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. ECF Nos. 4, 7. However, while plaintiff has provided a copy of his trust account statement in response to each order, neither statement has been certified by prison staff.[1] ECF Nos. 6, 8. Plaintiff shall have another opportunity to submit a **certified** copy of his prison trust account statement. If plaintiff is unclear what he needs to send the court, he should show this order to his counselor or other appropriate prison staff.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall submit a **certified** copy of his prison trust account statement for the six

---

[1] The most recent trust account statement looks as though it may have been signed by someone on the "Verified" line at the top of the statement. ECF No. 8. This is not consistent with the certification typically provided by the California Department of Corrections and Rehabilitation, which includes the statement being stamped and signed by someone from the trust office.

month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in dismissal of this action.

DATED: June 23, 2016

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE