UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUCKER,<br><br>        Plaintiff,<br><br>    v.<br><br>ARAMARK, et al.,<br><br>        Defendants. | No.  2:16-cv-0407 AC P<br><br><br>ORDER |

      By order filed June 24, 2016, plaintiff was ordered, for the third time, to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. ECF No. 9. Though plaintiff provided the court with copies of his trust account statement in response to the first two orders, neither statement was certified by prison staff (ECF Nos. 6, 8) and plaintiff has failed to file anything in response to the court's most recent order. Plaintiff was warned that if he failed to comply with the court's order to provide a certified copy of his prison trust account statement, this action would be dismissed. ECF No. 9. However, the court recently began using a new application to proceed in forma pauperis that authorizes the California Department of Corrections and Rehabilitation to provide a certified copy of plaintiff's trust account statement directly to the court. Plaintiff will therefore be provided a copy of the new form, which he should complete and file in this case so that the court may obtain a certified copy of his trust account statement.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner.

2. Within thirty days from the date of this order, plaintiff shall submit the completed Application to Proceed In Forma Pauperis By a Prisoner that he receives from the court, so that the court may obtain a certified copy of his trust account statement. Plaintiff's failure to comply with this order will result in dismissal of this action.

DATED: August 12, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE